UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY R. MORT,<br><br>    Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | 1: 07-CV-01478-SMS<br><br>ORDER FOR INTRADISTRICT TRANSFER OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA SITTING IN SACRAMENTO PURSUANT TO LOCAL RULE 3-120 |

    Plaintiff is proceeding with an action in which Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying Plaintiff's application for benefits. Pursuant to 28 U.S.C. § 636(c), both parties have consented to the Magistrate's jurisdiction to conduct all proceedings, including ordering the entry of judgment.

    Plaintiff's complaint, filed on October 9, 2007, in Fresno, states only that Plaintiff resides within the jurisdictional boundaries of this Court. (Cmplt. ¶ 1.) However, the administrative record filed in this case reflects that at all pertinent times, Plaintiff resided in Redding, California, which

1

is located within Shasta County, California, which the Court notes is situated in the Sacramento division of the Eastern District of California.

Accordingly, pursuant to Local Rule 3-120(f), and for good cause, the Court finds upon its own motion that the action has not been commenced in the proper Court. The action IS HEREBY TRANSFERRED to the United States District Court for the Eastern District of California sitting in Sacramento, California.

IT IS SO ORDERED.

**Dated:**   **March 19, 2009**            /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE